```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUSSELL INGRAM,                                                      JUDGMENT
                                                                     04-CV- 4299 (DLI)
                       Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                       Defendant.
-----------------------------------------------------------------X
```

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 5, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
      May 09, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court